DIANE J. HUMETEWA
United States Attorney
District of Arizona
WALLACE H. KLEINDIENST
KRISTEN KELLY
Assistant U.S. Attorneys
405 West Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
wallace.kleindienst@usdoj.gov
kristen.kelly@usdoj.gov
Attorneys for Plaintiff

___FILED___ ___LODGED
___RECEIVED___COPY

2009 JUL 22  P 5: 36

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYRONE PHILBERT MANUEL,<br><br>Defendant. | **CR09-1525 TUC** RCC BPV<br>INDICTMENT<br><br>Violations: 18 U.S.C.  113(a)(1)<br>18 U.S.C  1153(a)<br>18 U.S.C.  924(c)(1)(A)(iii)<br><br>(Assault With Intent to Commit Murder While Armed; Use or Carrying of a Firearm While Committing a Crime of Violence) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about February 6, 2007, at or near Sells, in the District of Arizona, and within the confines of the Tohono O'odham Reservation, Indian Country, **TYRONE PHILBERT MANUEL**, an Indian, did assault Phillip Felix, an Indian, with intent to commit murder, while armed with a dangerous and deadly weapon, that is, a Star 9mm pistol.

All in violation of Title 18, United States Code, Sections 113(a)(1) and 1153(a).

## COUNT 2

On or about February 6, 2007, at or near Sells, in the District of Arizona, and within the confines of the Tohono O'odham Nation, Indian Country, **TYRONE PHILBERT MANUEL**, an Indian, did use and carry a firearm, that is, a Star 9mm pistol, during and in relation to a crime of violence against Phillip Felix, an Indian, that is, assault with intent to commit murder while armed with a dangerous and deadly weapon as alleged in Count 1 of the Indictment, a felony prosecutable in a Court of the United States.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

**A TRUE BILL**



**DIANE J. HUMETEWA**
**United States Attorney**
**District of Arizona**

JUL 2 2 2009

Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE

*Indictment, Page 2 of 2*